UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 16-10137-LTS

UNITED STATES OF AMERICA

v.

KENNETH BRISSETTE

**INITIAL SCHEDULING ORDER**

May 19, 2016

Boal, M.J.

The defendant was arraigned before this Court and has elected to proceed under the Automatic Discovery Rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules ("LR") 116.1 through 116.4. Furthermore, it is hereby ordered that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **June 16, 2016.** The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference will be held on **July 12, 2016 at 11:00 a.m.** The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **July 5, 2016.**

　　　　　　　　　　　　　　　　　　　　 /s/ Jennifer C. Boal
　　　　　　　　　　　　　　　　　　　　JENNIFER C. BOAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge