UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 16-cr-10137-LTS** |
| ) | |
| **KENNETH BRISSETTE and** ) | |
| **TIMOTHY SULLIVAN,** ) | |
| **Defendants** ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Sorokin, J.) March 22, 2018 <u>Order of Dismissal</u> (docketed on the same date), which order granted the motion to dismiss filed by the defendants Kenneth Brissette and Timothy Sullivan and dismissed the indictment against them, and from the district court's March 19, 2018 <u>Order on Government's Emergency Motion for Reconsideration</u> (docketed on the same date), in which the district court denied the government's motion and set forth the legal conclusions on which the <u>Order of Dismissal</u> relied.

                                        Respectfully submitted,

                                        ANDREW E. LELLING
                                        United States Attorney

                      By:   /s/ *Laura J. Kaplan*
                            LAURA J. KAPLAN
                            KRISTINA E. BARCLAY
                            Assistant U.S. Attorneys

<u>Certificate of Service</u>

      I hereby certify that on March 23, 2018, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ *Laura J. Kaplan*
      LAURA J. KAPLAN
      Assistant U.S. Attorney