# United States Court of Appeals
## For the First Circuit

_____

No. 18-1254

UNITED STATES OF AMERICA,

Appellant,

v.

KENNETH BRISSETTE; TIMOTHY SULLIVAN,

Defendants, Appellees.

_____

**JUDGMENT**
Entered: March 28, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's order of dismissal is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:
Maria R. Hamilton, Clerk

cc:
Hon. Leo T. Sorokin
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Cynthia A. Young
Laura Jean Kaplan
Kristina E. Barclay
Randall Ernest Kromm
William H. Kettlewell
Sara E. Silva
Thomas Robert Kiley
William Joseph Cintolo
Meredith Gill Fierro
Donald J. Siegel
Michael Timothy Anderson
Paul F. Kelly
Jasper Jacob Groner