UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 16-10137-LTS |
| | ) | |
| KENNETH BRISSETTE and | ) | |
| TIMOTHY SULLIVAN, | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S STATUS REPORT

The United States of America, by Andrew E. Lelling, United States Attorney, and Laura J. Kaplan and Kristina E. Barclay, Assistant United States Attorneys, for the District of Massachusetts, submits this Status Report pursuant to the Court's April 19, 2019 Order.

1. The government requests that this Court set a trial date of June 17, 2019.

2. The government opposes the defendants' request for further briefing regarding two of their motions *in limine*. The motions were fully briefed over a year ago (*see* Docket Nos. 187, 188, 197, 203; 206, 207, 217), and there has been no intervening change in the law or facts which necessitates further briefing.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/Kristina E. Barclay*
      Laura J. Kaplan
      Kristina E. Barclay
      Assistant U.S. Attorneys
      (617) 748-3100

CERTIFICATE OF SERVICE

    I, Kristina E. Barclay, Assistant U.S. Attorney, certify that on April 26, 2019, I caused a copy of the government's motion to be served on counsel for all parties by electronic notice.

                                          */s/Kristina E. Barclay*
                                          Kristina E. Barclay
                                          Assistant U.S. Attorney