UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA,               )
                                        )
v.                                      )          Criminal Action No. 16-10137-LTS
                                        )
KENNETH BRISSETTE and                   )
TIMOTHY SULLIVAN                        )
                                        )
_____ )

### SECOND AMENDED PRETRIAL SCHEDULING ORDER

May 1, 2019

SOROKIN, J.

Upon consideration of the parties' Status Reports, Doc. Nos. 235, 236, it is hereby

ORDERED as follows:

1.  Jury selection shall commence on **July 15, 2019, at 9:00 AM**, with trial to follow

    immediately upon completion of jury selection.[1]

2.  During jury selection, court will be in session from 9:00 AM until 4:30 PM each day,

    with a break for lunch.  During trial, court will be in session from 9:00 AM until 1:00

    PM each day, with one morning break.

3.  The Court will meet with all counsel at 8:30 AM each day during jury selection and

    trial to address and resolve any legal issues before jurors arrive and ensure efficient

    use of jurors' time when trial is in session.

4.  By **May 17, 2019**, the defendants may: a) supplement the two pending motions in

    limine (Doc. Nos. 187, 206) to the extent they believe is necessary in light of any

    intervening legal or factual developments, with any supplemental briefs limited to

    five pages; and b) file any new motions in limine that are based on any legal or

_____

[1] The Court has a scheduling conflict that renders it unavailable for trial on the date
proposed by the Government.

factual developments that have arisen since the March 22, 2018 Order dismissing this case. By **May 31, 2019**, the government may: a) supplement its responses to the two pending motions in limine, if it wishes to do so, with any supplemental briefs limited to five pages; and b) respond to any new motions in limine the defendants file.

5.      By **June 14, 2019**, the parties each shall either: a) notify the Court that they intend to rely on their previously submitted proposed voir dire questions, jury instructions, trial briefs, and written stipulations of facts not in dispute; or b) file amended or supplemental proposed voir dire questions, jury instructions, trial briefs, and written stipulations of facts not in dispute.

6.      Hearings on any motions in limine will be scheduled as needed, promptly after the motions are fully briefed.

7.      The Final Pretrial Conference will be held on **July 11, 2018, at 2:00 PM.**

8.      By previous court order and agreement of the parties, all time in this case up to and including March 26, 2018, was excludable for purposes of the Speedy Trial Act. See Doc. No. 156.

9.      **Within seven days of this Order**, the parties shall file a report stating their joint or separate positions regarding: a) the application of the Speedy Trial Act to the time from March 26, 2018 through July 15, 2019; and b) the expected length of the trial.

SO ORDERED.

   /s/ Leo T. Sorokin
United States District Judge