UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 16-cr-10137-LTS |
| ) | |
| KENNETH BRISSETTE and ) | |
| TIMOTHY SULLIVAN ) | |
| ) | |

**DEFNDANTS' ASSENTED-TO MOTION FOR LEAVE TO
FILE GRAND JURY TESTIMONY AND REPORTS OF INTERVIEWS UNDER SEAL**

Defendants Kenneth Brissette and Timothy Sullivan ("Defendants") hereby move the Court for leave to file under seal Jencks materials disclosed by the government consisting of grand jury testimony and summarized witness statements. Defendants intend to submit a limited number of exhibits consisting of Jencks materials in support of various motions *in limine* that are due to be filed with the Court on this date.

As such, the defendants respectfully request that the Court grant their Assented-To Motion for Leave to File an Appendix to Defendants' Motion *in Limine* Under Seal.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel hereby certifies that the parties have conferred and the government assents to this Motion.

Respectfully submitted,

| | |
|---|---|
| KENNETH BRISSETTE,<br>By his attorneys, | TIMOTHY SULLIVAN<br>By his attorneys, |
| */s/ William H. Kettlewell*<br>*/s/ Sara E. Silva*<br>*/s/ Courtney Caruso*<br>William H. Kettlewell (BBO #270320)<br>Sara E. Silva (BBO #645293)<br>Courtney A. Caruso (BBO #687642)<br>HOGAN LOVELLS US LLP<br>100 High Street, 20th Floor<br>Boston, MA 02110<br>(617) 371-1000<br>(617) 371-1037 (fax)<br>bill.kettlewell@hoganlovells.com<br>sara.silva@hoganlovells.com<br>courtney.caruso@hoganlovells.com | */s/ William J. Cintolo*<br>*/s/ Thomas R. Kiley*<br>*/s/ Meredith Fierro*<br>William J. Cintolo (BBO #084120)<br>Thomas R. Kiley (BBO #271460)<br>Meredith Fierro (BBO#696295)<br>COSGROVE EISENBERG & KILEY<br>One International Place, Suite 1820<br>Boston, MA 02110<br>(617) 439-7775<br>(617) 330-8774 (fax)<br>wcintolo@ceklaw.net<br>tkiley@ceklaw.net<br>mfierro@ceklaw.net |

Dated: May 17, 2019

\\BOS - 020236/000001 - 1112226 v1