UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 16-cr-10137-LTS |
| ) | |
| KENNETH BRISSETTE and ) | Leave to File under Seal Granted on |
| TIMOTHY SULLIVAN ) | May 20, 2019 (dkt # 247) |

## NOTICE OF FILING UNDER SEAL

Enclosed please find the following exhibits with respect to the Memorandum in Support of Defendants' Motion in Limine to Preclude Use of the Term "City Hall" to Refer Generally to Defendants City Employees of City Departments.

Exhibit A: excerpted Malone 4/12/16 GJ Transcript;

Exhibit B: Malone 4/7/16 Report;

Exhibit C: Evans 2/1/17 Report;

Exhibit D: excerpted Appel 1/5/16 GJ Transcript;

Exhibit E: Appel 1/5/16 Report

Exhibit F: Appel 4/11/16 Report

Respectfully submitted,

| | |
|---|---|
| KENNETH BRISSETTE,<br>By his attorneys, | TIMOTHY SULLIVAN<br>By his attorneys, |
| */s/ William H. Kettlewell*<br>*/s/ Sara E. Silva*<br>*/s/ Courtney Caruso*<br>William H. Kettlewell (BBO #270320)<br>Sara E. Silva (BBO #645293)<br>Courtney A. Caruso (BBO #687642)<br>HOGAN LOVELLS US LLP<br>100 High Street, 20th Floor<br>Boston, MA 02110<br>(617) 371-1000<br>(617) 371-1037 (fax)<br>bill.kettlewell@hoganlovells.com<br>sara.silva@hoganlovells.com<br>courtney.caruso@hoganlovells.com | */s/ William J. Cintolo*<br>*/s/ Thomas R. Kiley*<br>*/s/ Meredith Fierro*<br>William J. Cintolo (BBO #084120)<br>Thomas R. Kiley (BBO #271460)<br>Meredith Fierro (BBO#696295)<br>COSGROVE EISENBERG & KILEY<br>One International Place, Suite 1820<br>Boston, MA 02110<br>(617) 439-7775<br>(617) 330-8774 (fax)<br>wcintolo@ceklaw.net<br>tkiley@ceklaw.net<br>mfierro@ceklaw.net |

Dated: May 20, 2019