UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENNETH BRISSETTE and )<br>TIMOTHY SULLIVAN )<br>) | Case No. 16-cr-10137-LTS |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY

Defendants Kenneth Brissette and Timothy Sullivan ("Defendants") move the Court for leave to file a Joint Reply Memorandum in response to the government's opposition (Dkt #249) to their Motion to Reconsider Their Renewed Motion to Dismiss (Dkt #243, 244).

In support of this Motion, defendants state that would like the opportunity to respond to new arguments advanced by the government as to why their alleged conduct was "wrongful" under the Hobbs Act.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certifies that the parties have conferred in a good faith attempt to resolve or narrow the issue.

| | |
|---|---|
| Respectfully submitted,<br>KENNETH BRISSETTE,<br>By his attorneys, | Respectfully submitted,<br>TIMOTHY SULLIVAN,<br>By his attorneys, |
| */s/ William H. Kettlewell*<br>*/s/ Sara E. Silva*<br>William H. Kettlewell (BBO # 270320)<br>Sara E. Silva (BBO # 645293)<br>HOGAN LOVELLS<br>100 High Street, 20th Floor | */s/ Thomas R. Kiley*<br>*/s/ William J. Cintolo*<br>*/s/ Meredith G. Fierro*<br>Thomas R. Kiley (BBO #271460)<br>William J. Cintolo (BBO #084120)<br>Meredith G. Fierro (BBO #696295) |

| | |
|---|---|
| Boston, MA 02110 | COSGROVE, EISENBERG & |
| (617) 371-1000 | KILEY, P.C. |
| (617) 371-1037 (fax) | One International Place |
| bill.kettlewell@hoganlovells.com | Boston, MA 02110 |
| sara.silva@hoganlovells.com | (617)-429-7775 |
| | (617)-330-8774 (fax) |
| | tkiley@ceklaw.netw |
| | wcintolo@ceklaw.net |
| | mfierro@ceklaw.net |

Dated: June 6, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as registered participants on June 6, 2019.

    */s/ Meredith G. Fierro*