UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  16-10137-LTS |
| | ) | |
| (1)  KENNETH BRISSETTE and | ) | |
| (2)  TIMOTHY SULLIVAN | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S RESPONSE TO
COURT ORDER (DOCKET NO. 237)

The United States of America, by and through Assistant United States Attorneys Laura J. Kaplan and Kristina E. Barclay, respectfully responds to the Court's Second Amended Pretrial Order (Docket No. 237), Paragraph 5, as follows:

1. On this date, the government has filed its Revised Proposed Jury Instructions. The government reserves the right to supplement, modify, or withdraw these requested instructions in light of the requests, if any, filed by the defendants and the evidence in the case, as well as in light of the Court's ruling relating to any motions *in limine* filed by the parties.

2. The government intends to rely on its previously submitted proposed voir dire questions and trial brief.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

By:   /s/Kristina E. Barclay
       Laura J. Kaplan
       Kristina E. Barclay
       Assistant U.S. Attorneys

Dated: June 14, 2019

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    */s/ Kristina E. Barclay*
                    KRISTINA E. BARCLAY
                    Assistant United States Attorney

Date: June 14, 2019