UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 16-cr-10137-LTS ) |
| KENNETH BRISSETTE and TIMOTHY SULLIVAN | ) ) ) ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Kenneth Brissette and Timothy Sullivan ("Defendants") move the Court for leave to file a motion and supporting materials under seal.

As grounds for this Motion, Defendants state that a discovery matter has recently arisen that Defendants believe requires judicial action. Defendants further believe that it is appropriate to file the motion discussing the issue, as well as the memorandum in support and the attached exhibits, under seal at this time.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The parties have conferred and the government takes no position on this Motion.

Respectfully submitted,

| KENNETH BRISSETTE, | TIMOTHY SULLIVAN |
| By his attorneys, | By his attorneys, |

| */s/ William H. Kettlewell* | */s/ Thomas R. Kiley* |
| */s/ Sara E. Silva* | */s/ William J. Cintolo* |
| */s/ Courtney Caruso* | */s/ Meredith Fierro* |
| William H. Kettlewell (BBO #270320) | Thomas R. Kiley (BBO #271460) |
| Sara E. Silva (BBO #645293) | William J. Cintolo (BBO #084120) |
| Courtney A. Caruso (BBO #687642) | Meredith Fierro (BBO#696295) |
| HOGAN LOVELLS US LLP | COSGROVE EISENBERG & KILEY |
| 100 High Street, 20th Floor | One International Place, Suite 1820 |
| Boston, MA 02110 | Boston, MA 02110 |
| (617) 371-1000 | (617) 439-7775 |
| (617) 371-1037 (fax) | (617) 330-8774 (fax) |
| bill.kettlewell@hoganlovells.com | wcintolo@ceklaw.net |
| sara.silva@hoganlovells.com | tkiley@ceklaw.net |
| courtney.caruso@hoganlovells.com | mfierro@ceklaw.net |

Dated: June 24, 2019