UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 16-10137-LTS |
| | ) |
| (1)   KENNETH BRISSETTE, and | ) |
| (2)   TIMOTHY SULLIVAN, | ) |
| | ) |
| Defendants | ) |

## GOVERNMENT'S NOTICE OF SUMMARY
## ANTICIPATED TO BE USED AT TRIAL

Pursuant to Fed. R. Crim. Proc. 1006, the government provides notice that it anticipates using the attached chart as a summary to establish the content of voluminous telephone records that cannot be conveniently examined in Court. Copies of the underlying documents have been provided the defendants. The underlying documents will be also be available in the courtroom. However, because of the volume of information presented, the government intends to use the attached chart to summarize some of the information in those documents.

For this summary, the relevant underlying information includes telephone records from September 2, 2014 for the above-named defendants and other individuals.

The summary is currently anticipated to be offered through Kristin Koch, a Special Agent with the Federal Bureau of Investigation.

The Government reserves the right to supplement, modify, and/or delete this summary as necessary, depending on the testimony at trial, the Court's rulings on evidence, and the nature of any arguments that might be raised prior to and/or during trial.

                                                  Respectfully submitted,

                                                  ANDREW E. LELLING
                                                  United States Attorney

By:    */s/ Kristina E. Barclay*
        Laura J. Kaplan
        Kristina E. Barclay
        Assistant U.S. Attorneys

Dated: July 3, 2019

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date: July 3, 2019                                        */s/Kristina E. Barclay*
                                                            Kristina E. Barclay
                                                            Assistant United States Attorney