UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Action No. 16-10137-LTS |
| KENNETH BRISSETTE and TIMOTHY SULLIVAN | ) ) ) ) | |

## ORDER ON PENDING PRETRIAL MOTIONS

July 16, 2019

SOROKIN, J.

During yesterday's final pretrial conference in this matter, the Court heard argument from the parties related to various pending pretrial motions and other trial-related matters. Upon consideration of all relevant submissions and arguments by all parties, it is hereby **ORDERED** as follows:

1) The defendants' Joint Motion to Reconsider Their Renewed Motion to Dismiss (Doc. No. 243) is DENIED.

2) The Motion in Limine to Preclude Use of the Term "City Hall" (Doc. No. 245) is DENIED without prejudice to defendants raising this objection during the trial.

3) The Motion in Limine to Exclude Evidence and Argument Concerning Licensing Agreement (Doc. No. 187) is DENIED without prejudice to defendants objecting to specific testimony and/or renewing the motion during the trial.

4) The Motion in Limine to Exclude Testimony Concerning the "Legality" of Conditioning City Action on the Use of Union Labor (Doc. No. 206) is DENIED without prejudice to defendants objecting to specific testimony and/or renewing

the motion during the trial.

5) The defendants shall file any opposition to the government's Motion in Limine to Exclude Evidence Relating to the Charges and Verdict in the Top Chef Case (Doc. No. 290) by the close of business on Wednesday, July 17, 2019.

6) The government shall provide 36 hours' notice to the defense of the witnesses it intends to call during its case-in-chief (that is, at the end of each trial day, the government shall identify the witnesses it plans to call on each of the next two trial days). The defense shall do the same.

7) Witnesses shall be sequestered throughout the trial, except for the case agent identified by the government.

                                                      SO ORDERED.

                                                      /s/ Leo T. Sorokin
                                                      United States District Judge