Aug 7, 2014
12:20pm

The jury has reached a verdit on both counts for both defendents.