UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH BRISSETTE and<br>TIMOTHY SULLIVAN. | Criminal Action No. 16-10137-LTS |

## VERDICT SLIP

We, the jury, being unanimous, have reached the following verdicts:

**COUNT ONE:**     HOBBS ACT CONSPIRACY
                   18 U.S.C. § 1951

As to **KENNETH BRISSETTE**:

_____ NOT GUILTY          __✓__ GUILTY

As to **TIMOTHY SULLIVAN**:

_____ NOT GUILTY          __✓__ GUILTY

**COUNT TWO:**     HOBBS ACT EXTORTION
                   18 U.S.C. §§ 1951 and 2

As to **KENNETH BRISSETTE**:

_____ NOT GUILTY          __✓__ GUILTY

As to **TIMOTHY SULLIVAN**:

__✓__ NOT GUILTY          _____ GUILTY

I certify that the above are the unanimous answers of the jury.

__8/7/2014__
DATE