# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF MASSACHUSETTS BOSTON

Page No.: Page 1

| | |
|---|---|
| IMPANELED FOR: | COURTROOM 13 - 5TH FLOOR |
| Date: | 8/15/2019 |
| PRESIDING HONORABLE: | LEO T. SOROKIN |
| Case Number: | 16CR10137   US-V-BRISSETTE ET AL |

| Juror | Address | City, zip |
|---|---|---|
| MELCHER JENNIFER R | 4 MENOTOMY RO | ARLINGTON, 02476-7815 |
| BURT CAROLYN | 4 EVERETTE DR | NEWBURYPORT, 01950-3356 |
| FERGUSON BRITTNEY | 202 CENTRAL ST | STONEHAM, 02180-4113 |
| JETER JAMES A | 2 MARSAN LN | SHARON, 02067-1534 |
| OUZOUNIAN JENNIFER E | 55 SPENCER ST | MILLIS, 02054-1435 |
| KOZIEL ERIN L | 96 ALICIA DR | TAUNTON, 02780-2870 |
| CAMPO JOSEPH B | 1 SAINT JAMES CI | ACTON, 01720-3625 |
| TOTH EMILIE R | 5 BONVINI DR | FRAMINGHAM, 01701-3805 |
| WISWELL JR BYRON C | 11 JOHNS RD | MARBLEHEAD, 01945-1564 |
| BASS MARYANN | 74 HILLSIDE AVE | NEWTON, 02465-2544 |
| DISTEFANO ANTHONY | 16 NOTTINGHAM | WALTHAM, 02452-6432 |
| OSMAN FADUMA | 8 CARMODY CT A | BOSTON, 02127-3980 |