**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 16-cr-10137-LTS |
| KENNETH BRISSETTE and TIMOTHY SULLIVAN | ) ) ) ) | |

### KENNETH BRISSETTE'S ASSENTED-TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF HIS MOTION FOR JUDGMENT OF ACQUITTAL IN EXCESS OF TWENTY PAGES

Defendant Kenneth Brissette moves this Court for leave to file a supplemental memorandum in support of his Motion for Judgment of Acquittal in excess of the twenty-page limit set forth in Local Rule 7.1(b)(4). Pursuant to this Court's August 7, 2019 Order, "defendants may file motions and memoranda pursuant to Rule 33, as well as any supplemental briefs regarding their pending Rule 29 motions, by August 21, 2019." (dkt # 359). Mr. Brissette has prepared a supplemental memorandum in support of his pending Rule 29 motion that is currently twenty-seven pages. Mr. Brissette's memorandum contains supplemental legal argument as well as substantial citations to the trial record, including both witness testimony and exhibits. The trial transcripts cited in the supplemental brief were not previously available to Mr. Brissette when his Motion for Judgment of Acquittal was filed on August 4, 2019.

Accordingly, Mr. Brissette moves for leave to file a supplemental memorandum in support of his Motion for Judgment of Acquittal of no more than twenty-seven pages.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certify that they have conferred with the government and that the government assents to this motion.

    Respectfully submitted,

    KENNETH BRISSETTE,
    By his attorneys,

    */s/ William H. Kettlewell*
    */s/ Sara E. Silva*
    */s/ Courtney Caruso*

    William H. Kettlewell (BBO #270320)
    Sara E. Silva (BBO #645293)
    Courtney A. Caruso (BBO #687642)
    HOGAN LOVELLS US LLP
    100 High Street, 20th Floor
    Boston, MA 02110
    (617) 371-1000
    (617) 371-1037 (fax)
    bill.kettlewell@hoganlovells.com
    sara.silva@hoganlovells.com
    courtney.caruso@hoganlovells.com

    Dated:  August 21, 2019