UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16-cr-10137-LTS |
| | ) | |
| KENNETH BRISSETTE and | ) | |
| TIMOTHY SULLIVAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER UNSEALING DOCKET ENTRIES

February 12, 2020

SOROKIN, J.

Certain of the parties' submissions and the Court's orders in this case have been sealed, primarily out of a concern that public disclosure while the charges against the defendants were pending would have risked tainting the jury pool with information not admissible, or not otherwise intended to be offered, as evidence at trial. After the jury returned its verdict, the Court provided the parties with a list of such items and sought their input regarding the appropriateness of unsealing them. Doc. No. 358. Brissette and the government indicated that they consented to the unsealing of all items on the list. Doc. No. 381, 383. Sullivan expressed concerns about unsealing certain items, though most of his objections arose from his view that items related to questions that remained pending before the Court in connection with the Rule 29 and 33 motions and/or the sanctions motion. Doc. No. 380.

Having considered the parties objections, and having now resolved all other pending matters, the Court hereby ORDERS as follows:

1) The Clerk shall UNSEAL all items identified in the Court's August 7, 2019 Order

   **except for** Doc. Nos. 258, 263, and 264 (which pertain to an individual not called by

the government as a witness in this case), <u>Doc. Nos. 99-5, 297, and 304</u> (which identify as an unindicted co-conspirator a person whom, the Court found at trial, the government did not show by a preponderance of evidence was involved in the alleged conspiracy), <u>and Doc. No. 325-1</u> (which contains personal information about an individual not called as a witness in this case).[1]

2) The Clerk shall UNSEAL Doc. No. 58, which was not listed in the August 7 Order but relates to other documents listed therein.

3) The Clerk shall UNSEAL the Court's August 7, 2019 Order about sealed docket items and the parties' responses thereto (Doc. Nos. 358, 380, 381, and 383).

4) The Clerk shall UNSEAL the following transcripts, cited in the post-trial orders docketed concurrently with this one:  Doc. Nos. 361, 374, and 375.

5) If any party objects to the unsealing of the exhibits to Doc. No. 246 (a motion in limine by the defendants), they shall notify the Court and state the basis for their objection by the close of business February 19, 2020.  If no objections are raised, the Court will direct the Clerk to UNSEAL the exhibits on February 20, 2020.

6) Counsel for Timothy Sullivan shall docket a copy of the redlined version of the Court's draft jury charge, submitted in hard copy and discussed at the August 5, 2019 charging conference, to ensure the electronic docket in this matter is complete.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge

---

[1] For clarity's sake, the items to be unsealed now per this paragraph are Doc. Nos. 23, 41, 42, 43, 44, 61, 70, 71, 72, 99 (<u>but not attachment 99-5</u>), 147, 201, 202, 211, 246, 256, 257, 259, 260, 261, 262, 278, 279, 280, 281, 282, 283, 284, 286, 287, 289, 292, 301, 302, 303, 305, 307, 308, 310, 313, 314, 315, 321, 322, 325 (<u>but not attachment 325-1</u>), 330, 340, 341, 342, and 343.